IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | CASE NUMBER |
| VS. | : | 7:09-CR-20 |
| ELIZABETH J. PRINCE , | : | |
| Defendant, | : | |
| AND | : | |
| DARWOOD MANUFACTURING | : | |
| Garnishee. | : | |

## WRIT OF CONTINUING GARNISHMENT

GREETINGS TO:  Darwood Manufacturing
Attn: Payroll
P.O. Box 625
Pelham, GA  31779

Application for a Writ of Garnishment against the property of ELIZABETH J. PRINCE , defendant, has been filed with this Court.  A judgment has been entered against the above-named defendant in the amount of $9,367.88, by reason of imposition of a District Court Judgment.  A balance of $4,958.66 remains outstanding.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, biweekly or monthly.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Court at: **P.O. Box 68, Valdosta, GA 31601**. Additionally, you are required by law to serve a copy of this answer upon the debtor and upon the United States Attorney's Office, Attention: Financial Litigation Unit, Post Office Box 1702, Macon, Georgia 31202-1702. A second written answer to this writ, if necessary, shall be filed with the court and served upon the U.S. Attorney, within thirty (30) days of the filing of the original written answer. Any additional answers shall be filed with the court and served upon the U.S. Attorney within thirty (30) days of the filing of the previous answer until this garnishment is dismissed or the indebtedness is paid in full.

Under the law, there is property which is exempt from this writ of garnishment. Property which is exempt and which is not subject to this Order is listed on the attached Claim for Exemption Form. Pursuant to 15 U.S.C. § 1674, garnishee is prohibited from discharging the defendant from employment by reason of the fact that his earnings have been subject to garnishment for any one indebtedness.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item withheld pursuant to this writ. **All wages or other monies withheld by garnishee pursuant to this garnishment shall be made payable to the United States District Court and mailed to the U.S. District Court Clerk's Office, Post Office Box 128, Macon, Georgia 31202.**

SO ORDERED, this 5th day of November, 2013.

s/ Hugh Lawson
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA